1  S. Craig Hunter - State Bar No. 125247
   GREENBERG TRAURIG, LLP
2  1201 K Street, Suite 1100
   Sacramento, CA  95814
3  Tel:   (916) 442-1111
   Fax:   (916) 448-1709
4
   Attorneys for Defendant
5  J.C. Penney Corporation, Inc.

6

7

8                   UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 POWLESS ROOFING COMPANY,           )  Case No. **2:06-CV-00852-DFL-PAN (JFM)**
                                      )
12        Plaintiff,                  )  **STIPULATION FOR ORDER**
                                      )  **TRANSFERRING CASE TO**
13 v.                                 )  **UNITED STATES DISTRICT COURT,**
                                      )  **NORTHERN DISTRICT OF TEXAS,**
14 J. C. PENNEY CORPORATION; et al.,  )  **DALLAS DIVISION**
                                      )
15        Defendants.                 )
                                      )  **ORDER OF TRANSFER**
16 _____)

17    Plaintiff Powless Roofing Company and defendant J.C. Penney Corporation, Inc. hereby

18 stipulate for an order immediately transferring venue of the above-entitled matter to the United

19 States District Court, Northern District of Texas, Dallas Division.

20

21 Dated: June ____, 2006.          POWLESS ROOFING COMPANY

22
                                    By: _____
23                                  Name: _____
                                    Capacity: _____
24

25                                  MAYALL HURLEY KNUTSEN, SMITH & GREEN

26
                                    By: /s/_____
27                                  Name: _____
                                    Attorneys for plaintiff Powless Roofing Company
28

- 1 -

Stipulation for Order Transferring Case to Northern District of Texas, Dallas Division / Order

Dated: June _____, 2006.            J.C. PENNEY CORPORATION, INC.

By: _____
Name: _____
Capacity: _____

GREENBERG TRAURIG, LLP.

By: /s/_____
    S. Craig Hunter
Attorneys for Defendant
J.C. Penney Corporation, Inc.

# ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Upon the stipulation of the parties hereto for an order transferring venue of the above-entitled matter to the United States District Court, Northern District of Texas, Dallas Division,

**IT IS HEREBY ORDERED** that the above-entitled case be, and hereby is, transferred to the United States District Court, Northern District of Texas, Dallas Division.

Dated:  6/12/2006

_____
DAVID F. LEVI
United States District Judge

- 2 -

Stipulation for Order Transferring Case to Northern District of Texas, Dallas Division / Order